IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDOWU RAJI, | : | No. 3:25cv1535 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| WARDEN J. GREENE, | : | |
| Respondent | : | |

## ORDER

AND NOW, to wit, this 20th day of August 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court